**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED RENTALS, INC., and UNITED RENTALS (NORTH AMERICA), INC.,** | : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : Civil Action No. <br> : 3:26-cv-00052 (SFR) |
| v. | : <br> : <br> : |
| **SCOTT MORGAN,** | : <br> : <br> : |
| Defendant. | : <br> : |

## STIPULATED PERMANENT INJUNCTION ORDER

**WHEREAS**, this action came before the Court by Complaint dated January 12, 2026;

**WHEREAS**, the Prayer for Relief filed by the Plaintiffs, United Rentals, Inc., and United Rentals (North America), Inc. (collectively, "Plaintiffs" or "United"), seeks among other things, an Order including "[t]emporary, preliminary and permanent injunctive relief";

**WHEREAS**, the parties desire to resolve this matter by way of this Stipulated Permanent Injunction and pursuant to a separate settlement agreement (the "Settlement Agreement"), compliance with which is a condition of the parties' mutual resolution;

**WHEREAS**, to facilitate such a resolution, Plaintiffs and Defendant (with the assistance, advice and consent of counsel) consent and stipulate to the entry of a

Permanent Injunction against Defendant, and in favor of the Plaintiffs, as more fully set forth below.

IT IS ORDERED that the Defendant, Scott Morgan, is enjoined as follows and therefore SHALL NOT:

(a) perform any business or sales activities on behalf of Bitting Electric, Inc. ("Bitting") within 100 miles of United's PHVAC branch in Raleigh, North Carolina through January 15, 2027.  (Nothing herein shall restrict Defendant from working out of his home to perform business or sales activities outside of the 100 miles of United's PHVAC branch in Raleigh, North Carolina.)

(b) through January 15, 2027, be employed or retained by or provide services to any other competitor of United, within a 100 mile radius from United's PHVAC branch in Raleigh, North Carolina;

(c) through January 15, 2027, solicit or accept the business of, call upon, contact, or communicate with any person or entity, or affiliate of any such person or entity, who or which is or was a customer, business prospect or other person who had a business relationship with United resulting in and/or for the purpose of providing or obtaining any product or service reasonably deemed competitive with any product or service then offered by United; *provided*, however, that this limitation shall apply only with respect to persons or entities with whom Morgan had a business relationship, with whom Morgan communicated, with whom Morgan transacted business, or about whom Morgan had Confidential Information while employed by United;

(d) through January 15, 2027, (i) approve, solicit or retain, or discuss the employment or retention (whether as an employee, consultant or otherwise) of any person who was an employee of United at any time during the one year period preceding the termination of Morgan's employment by United, and/or (ii) solicit or encourage any person to leave the employ of United;

(e) use or disclose United's trade secrets and/or Confidential Information; and/or

(f) continue to possess or retain United data and/or property.

Without any intended limitation of the foregoing, but for purposes of clarity, Paragraph (a), above, prohibits Defendant from, among other things: (i) personally engaging in rental or sales activities vis-à-vis customers and/or job sites within a 100 mile radius from United's PHVAC branch in Raleigh, North Carolina, and (ii) reporting to and/or working out of any Bitting facility (or facility of any other competitor) located within a 100 mile radius from United's PHVAC branch in Raleigh, North Carolina.

IT IS FURTHER ORDERED that no bond is required.

Date: May 18, 2026

Time: 9:00 AM

So Ordered:

/s/ Sarah F. Russell
_____
Hon. Sarah F. Russell
United States District Judge

**Approved as to form and substance:**

| | |
|---|---|
| THE PLAINTIFFS, UNITED RENTALS, INC. and UNITED RENTALS (NORTH AMERICA), INC. <br><br> By: */s/ Gerald C. Pia, Jr.* <br> Brian C. Roche, Esq. (ct 17975) <br> Gerald C. Pia, Esq. (ct 21296) <br> Roche Pia LLC <br> 4 Research Drive, Suite 402 <br> PMB #543-85 <br> Shelton, CT 06484 <br> Phone: (203) 944-0235 <br> Fax: (203) 567-8033 <br> Email: broche@rochepia.com <br> Email: gpia@rochepia.com <br><br> Date: _____ | THE DEFENDANT, SCOTT MORGAN <br><br><br> By: */s/ Sarah S. Healey* <br> Sarah S. Healey (ct27952) <br> Carmody Torrance Sandak & Hennessy LLP <br> 195 Church Street <br> P.O. Box 1950 <br> New Haven, CT 06509 <br> Phone: 203-777-5501 <br> Fax: 203-784-3199 <br> Email: shealey@carmodylaw.com; <br><br> Date: _____ |